UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 1:20-mc-00023-LO-TCB<br><br>*Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 |

## MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

In connection with this *ex parte* petition seeking third-party discovery, Comstock Holding Companies, Inc. ("Comstock") has asserted a conflict of interest, arising out of wholly unrelated work performed by Reed Smith LLP attorneys wholly uninvolved in this matter, and has declined to waive such alleged conflict, demanding that Reed Smith LLP withdraw from representing Daniel Snyder ("Petitioner" or "Mr. Snyder") in connection with this petition with regard to Comstock.  Comstock has also demanded that Reed Smith LLP withdraw from representing Petitioner in connection with this petition with regard to Mary Ellen Blair – an individual that Reed Smith LLP has never represented – asserting that continuing in this proceeding with regard to Mary Ellen Blair would also create a conflict.

Without stipulating that any conflict exists with regard to any party, for purposes of this proceeding or otherwise, to avoid any risk of distraction or delay to Petitioner's simple discovery demands, Reed Smith LLP hereby moves for entry of an Order, pursuant to Local Civil Rule 83.1(G), approving its withdrawal as counsel for Petitioner in the instant proceeding.

Petitioner has been provided with reasonable notice of this motion.  Petitioner will continue to be represented in connection with the petition by Tacopina, Seigel & DeOreo, and Petitioner will promptly retain local counsel.

Dated: August 20, 2020
      McLean, Virginia

REED SMITH LLP

By:  */s/ Brittany Davidson*
Brittany Davidson
7900 Tysons One Place, Suite 500
McLean, VA 22102
Tel: (703) 641-4200
bdavidson@reedsmith.com

Rizwan A. Qureshi
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
rqureshi@reedsmith.com

Joseph Tacopina
TACOPINA, SEIGEL & DEOREO
275 Madison Avenue
New York, New York 10016
Tel: (212) 227-8877
jtaopina@tacopinalaw.com

*(Admission Pro Hac Vice Pending)*

*Attorneys for Petitioner*
*Daniel Snyder*