# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 1:20-mc-00023-LO-TCB<br><br>*Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 |

## PROPOSED ORDER ON MOTION TO WITHDRAW AS COUNSEL

Upon due consideration of the foregoing Motion to Withdraw as Counsel, it is hereby ORDERED that the motion is GRANTED; it is further

ORDERED that counsel Brittany Davidson and Rizwan Qureshi from the law firm of Reed Smith LLP are hereby withdrawn as counsel for Daniel Snyder in connection with this petition with regard to Comstock Holding Companies, Inc. and Mary Ellen Blair.

Dated: _____                    _____
                                      Judge Theresa C. Buchanan
                                      United States Magistrate Judge