**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re Application of Daniel Snyder for an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C. § 1782** | **Misc. Action No. 1:20-mc-00023** |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Respondent Comstock Holding Companies, Inc.

Dated: August 21, 2020

Respectfully submitted,

/s/ ______________________________

Nicholas M. DePalma (VSB No. 72886)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
Email: nmdepalma@venable.com

*Counsel for Comstock Holding Companies, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of August 2020, I caused a copy of the foregoing to be filed electronically with the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record authorized to receive notice of such filing, including:

Brittany Davidson
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, VA 22102
Tel: (703) 641-4200
Email: bdavidson@reedsmith.com

Rizwan A. Qureshi
REED SMITH LLP
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
Email: rqureshi@reedsmith.com

Joseph Tacopina (*pro hac vice*)
TACOPINA, SEIGEL & DEOREO
275 Madison Avenue
New York, New York 10016
Tel: (212) 227-8877
Email: jtacopina@tacopinalaw.com

*Counsel for Petitioner*

/s/________________________
Nicholas M. DePalma (VSB 72886)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com

*Counsel for Comstock Holding Companies, Inc.*