IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| *In re* Application of Daniel Snyder for an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 1:20-mc-00023 |

## MOTION FOR LIMITED INTERVENTION BY NORMAN CHIRITE

Norman Chirite, by his undersigned counsel, pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), for the reasons set forth in the attached memorandum in support, moves the Court for an order granting leave to intervene in this matter for the limited purpose of moving to strike immaterial, impertinent, or scandalous matter under Federal Rule of Civil Procedure 12(f) or, in the alternative, to supplement the record.

Dated: August 26, 2020　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| David A. Barrett (Pro Hac Vice pending) | SCHERTLER ONORATO MEAD & SEARS LLP |
| Steven I. Froot (Pro Hac Vice pending) | |
| BOIES SCHILLER FLEXNER LLP | By: /s/ Stuart A. Sears |
| 55 Hudson Yards | Stuart A. Sears (VBN 71436) |
| New York, NY 10001 | 901 New York Avenue, NW, Suite 500 West |
| Tel: (212) 446-2300 | Washington, DC 20001 |
| Fax: (212) 446-2350 | Tel: (202) 628-4199 |
| dbarrett@bsfllp.com | Fax: (202) 628-4177 |
| sfroot@bsfllp.com | ssears@schertlerlaw.com |

　　　　　　　　　　　　　　　　　　*Attorneys for Norman Chirite*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

SCHERTLER ONORATO MEAD & SEARS LLP

By: /s/ Stuart A. Sears
Stuart A. Sears (VBN 71436)
901 New York Avenue, NW, Suite 500 West
Washington, DC 20001
Tel: (202) 628-4199
Fax: (202) 628-4177
ssears@schertlerlaw.com

*Attorney for Norman Chirite*