**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re Application of Daniel Snyder for an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C. § 1782** | **Misc. Action No. 1:20-mc-00023** |

**MOTION TO SUPPLEMENT**
**COMSTOCK'S OPPOSITION TO DANIEL SNYDER'S PETITION**

Respondent Comstock Holding Companies, Inc. ("Comstock"), under Federal Rule of Civil Procedure 15, hereby moves the Court to supplement its opposition to Daniel Snyder's petition. Specifically, Comstock requests to supplement with the three materials attached as exhibits to the memorandum in support of this motion. These exhibits are two news articles and one statement by Snyder. Each occurred contemporaneously with or after Comstock filed its opposition to Snyder's petition. As explained in Comstock's supporting memorandum, these materials are relevant and important to the Court's consideration of Snyder's petition.

Dated: September 3, 2020

Respectfully submitted,

/s/_____________________________

Nicholas M. DePalma (VSB 72886)
Christian R. Schreiber (VSB 89544)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com
crschreiber@venable.com

*Counsel for Comstock Holding Companies, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of September 2020, I caused a copy of the foregoing to be filed electronically with the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record authorized to receive notice of such filing, including:

Christopher J. Williams
NOVA Business Law Group, LLP
4151 Chain Bridge Road
Fairfax, VA 22030
Tel: (703) 766-8081
cwilliams@novablg.com

Joseph Tacopina (*pro hac vice*)
Chad Seigel (*pro hac vice* pending)
TACOPINA, SEIGEL & DEOREO
275 Madison Avenue
New York, New York 10016
Tel: (212) 227-8877
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com

*Counsel for Petitioner*

Stuart A. Sears
SCHERTLER ONORATO MEAD & SEARS LLP
901 New York Avenue, NW
Suite 500 West
Washington, DC 20001
Tel: (202) 628-4199
ssears@schertlerlaw.com

David A. Barrett (*pro hac vice* pending)
Steven I. Froot (*pro hac vice* pending)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
dbarrett@bsfllp.com
sfroot@bsfllp.com

*Counsel for the Proposed Intervenor*

/s/______________________________
Nicholas M. DePalma (VSB 72886)
Christian R. Schreiber (VSB 89544)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com
crschreiber@venable.com

*Counsel for Comstock Holding Companies, Inc.*