# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re Application of Daniel Snyder For an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C.§ 1782 | Misc. Action No. 1:20-mc-0023-LO-TCB<br><br>*Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C.§ 1782 |

## **LINE**

Will the Clerk of the Court please note that Christopher J. Williams is no longer associated with the law firm of NOVA Business Law Group, LLP, counsel of record for the Petitioner Daniel Snyder. Ibrahim A. Moiz, Heba K. Carter, and NOVA Business Law Group, LLP will remain counsel of record for the Petitioner and all papers or pleadings should be directed to Mr. Moiz and Mrs. Carter.

Will the Clerk of the Court also note the appearance of Heba K. Carter as counsel of record for Petition.

Dated: March 8, 2021

Respectfully submitted,
Daniel Snyder
*By Counsel*

/s/Heba K. Carter
Heba K. Carter, Esq. #87564
NOVA Business Law Group, LLP
4151 Chain Bridge Road
Fairfax, Virginia 22030
Tel:    703-766-8081
Fax:   703-766-8085

## CERTIFICATE OF SERVICE

I CERTIFY that on March 8, 2021, a true copy of the foregoing was delivered via CM/ECF and first-class mail to the following:

James W. Hundley, Esq.
BrigliaHundley PC
1921 Gallows Rd, Suite 750
Tysons Corner, VA 22182
(703) 883-0880
Fax: (703) 883-0899
Email: jhundley@brigliahundley.com

Nicholas Martin DePalma, Esq.
Venable LLP
8010 Towers Crescent Dr, Suite 300
Tysons Corner, VA 22182
703-905-1455
Fax: 703-821-8949
Email: nicholas.depalma@venable.com

Christian Robert Schreiber, Esq.
Venable LLP
8010 Towers Crescent Dr, Suite 300
Tysons Corner, VA 22182
703-760-1600
Fax: 703-821-8949
Email: CRSchreiber@Venable.com

Stuart Alexander Sears, Esq.
Schertler Onorato Mead & Sears
901 New York Avenue Northwest
Suite 500
Washington, DC 20001
202-628-4199
Fax: 202-628-4177
Email: ssears@schertlerlaw.com

/s/Heba K. Carter_____
Heba K. Carter, Esq.